IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MARK HAMILTON, SR.                                                 PLAINTIFF

vs.                        Civil No. 4:18-cv-04048

NANCY A. BERRYHILL                                         DEFENDANT
Acting Commissioner, Social Security Administration

## **J U D G M E N T**

Comes now the Court in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED,** and Plaintiff's Complaint is hereby dismissed with prejudice.

**ENTERED this 28th day of February 2019.**

                                                        /s/ *Barry A. Bryant*
                                                        HON. BARRY A. BRYANT
                                                        UNITED STATES MAGISTRATE JUDGE